**FILED**

03/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0554

IN THE SUPREME COURT OF MONTANA

SUPREME COURT CAUSE NO. DA 23-0554

GARY TAYLOR,
Plaintiff and Appellant,
v.
GEORGE ANTHONY TAYLOR and ANNE MARIE TAYLOR,
Defendants and Appellees.

On Appeal from the District Court of the Fifth Judicial District of the State of
Montana in and for the County of Jefferson, Cause No. DV-2019-110, the
Honorable Luke Berger

**ORDER**

APPEARANCES:

Caitlin T. Pabst
Steven E. Goodson
PABST LAW FIRM
113 East Oak, Suite 2D
Bozeman, MT 59718
*Tel:* (406) 312-9091
*caitlin@pabstlawmt.com*
*steven@pabstlawmt.com*

COUNSEL FOR
DEFENDANTS/APPELLEES

COUNSEL FOR
DEFENDANTS / APPELLEES
Kevin E. Vainio
27 West Park Street
Butte, MT 59701
*Tel:* (406) 782-3357
*kvailaw@outlook.com*

COUNSEL FOR
PLAINTIFF / APPELLANT

1

UPON CONSIDERATION of *Appellees' Unopposed Motion for Two Week Extension to File Answer Brief*, and good cause now appearing,

IT IS HEREBY ORDERED that *Appellees' Answer Brief* shall be due on the 11th day of April 2024.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 29 2024